IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00243-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JONATHON R. COUNTS | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 4), the Petition alleging violations of the Defendant's supervised release, (Doc. No. 2), without prejudice.

Based on information in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 4), is **GRANTED** and the Petition alleging a violation of the Defendant's supervised release, (Doc. No. 2), is **DISMISSED** without prejudice.

Signed: August 30, 2018

Robert J. Conrad, Jr.
United States District Judge